**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CLARENCE E. OWENS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **No.** |
| : | |
| BRETT L. MESSINGER, DUANE : | |
| MORRIS LLP, JOHN DOES 1–10, JANE : | |
| DOES 1-10, and ABC ENTITIES 1–10, : | |
| : | |
| Defendants. : | |

**NOTICE OF REMOVAL**

Defendants Brett L. Messinger and Duane Morris LLP ("Defendants") file this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446, removing *Owens v. Messinger, et al.*, Dkt. No. BUR-227-26, currently pending in the Superior Court of New Jersey, Burlington County, (the "State Court Action"), to the United States District Court for the District of New Jersey. The grounds for this Notice of Removal are as follows:

**REMOVAL PROCEDURES**

1.  Plaintiff filed the State Court Action on January 29, 2026.

2.  Plaintiff purported to serve Duane Morris LLP on February 17, 2026.

3.  Pursuant to 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action . . . shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

4.  As required by 28 U.S.C. § 1446(a), attached as Exhibit A are true and correct copies of all process, pleadings and orders received to date in this matter by Defendants.

DM1\20768761.1

5.      Venue is proper pursuant to 28 U.S.C. § 1391 because this action was pending in the Superior Court of New Jersey, Burlington County at the time of removal. 28 U.S.C. § 110.

6.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), no other defendants have been served and joined.[1]

## ORIGINAL JURISDICTION EXISTS

7.      This Court has original jurisdiction over this action under 28 U.S.C. §1331, and this action is removable under 28 U.S.C. §§ 1441 and 1446, in that the Complaint arises "under the Constitution, laws, or treaties of the United States."

8.      The Complaint alleges that Defendants have, *inter alia*, conspired to violate Plaintiff's claimed constitutional rights, in violation of 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3), Ex. A, Compl., Counts VI-XI, claims which arise under the laws of the United States.

9.      For the same reasons, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1343(a).

10.     This Court has supplemental jurisdiction the remainder of Plaintiff's claims, which arise out of the same transactions or occurrences as hiss federal cause of action and, therefore, those claims are "so related" to Plaintiff's federal claims "that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

11.     Accordingly, the face of the Complaint establishes that this Court has original jurisdiction over this matter and, therefore, removal is proper.

---

[1] The foregoing is not a concession that service of process was properly effected, or that this Court may properly exercise personal jurisdiction over it pursuant to the United States Constitution.

DM1\20768761.1

WHEREFORE, Defendants Brett L. Messinger and Duane Morris LLP, pursuant to 28 U.S.C. §§ 1331, 1343(a), 1441 and 1446, remove this action from the Superior Court of New Jersey, Burlington County. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Superior Court of New Jersey, Burlington County, and written notice is being provided to Plaintiff.

DUANE MORRIS LLP

/s/ Brian J. Slipakoff
Brett L. Messinger
Brian J. Slipakoff
30 South 17th Street
Philadelphia, PA 19103-4196
Tel:  215-979-1000
Fax:  215-979-1100
blmessinger@duanemorris.com
bslipakoff@duanemorris.com

Dated:  March 12, 2026

Attorneys for Defendants Brett L. Messinger and Duane Morris LLP

3

DM1\20768761.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Defendants' Notice of Removal was

served upon all parties via first class mail, addressed as follows:

Clarence E. Owens
11 Stafford Lane
Willingboro, NJ 08046

*/s/ Brian J. Slipakoff*
Brian J. Slipakoff

Dated:  March 12, 2026

DM1\20768761.1